Arthur B. Berger (6490)
RAY, QUINNEY & NEBEKER
79 South Main Street, Suite 400
Post Office Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543

Warren J. Rheaume
HELLER EHRMAN WHITE & McAULIFFE, LLP
701 Fifth Avenue, Suite 6100
Seattle, Washington 98104-7098
Telephone: (206) 447-0900
Facsimile: (206) 447-0849

Attorneys for Plaintiff Pharmanex, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PHARMANEX, INC.<br><br>Plaintiff,<br><br>v.<br><br>HPF, LLC,<br><br>Defendant. | No. 2:99-CV-249ST<br><br>Magistrate Judge Ronald N. Boyce<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and pursuant to a settlement agreement entered by the parties, Plaintiff Pharmanex, Inc. and Defendant HPF, LLC, hereby jointly stipulate that this action, including but not limited to all complaints, amended complaints, counterclaims, and other pleadings therein, be dismissed with prejudice. Each party

117